IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROY JOE KAISER**                                                                                          **PLAINTIFF**

**V.**                                **CASE NO. 5:23-CV-5129**

**CAPTAIN GAGE, Benton County**
**Detention Center (BCDC);**
**and DEPUTY GUERRERO (BCDC)**                                                    **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 20) filed in this case on January 23, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and Defendants' Motion for Partial Summary Judgment (Doc. 13) is **DENIED**.

**IT IS SO ORDERED** on this 12th day of February, 2024.

                                                  */s/ Timothy L. Brooks*
                                                  TIMOTHY L. BROOKS
                                                  UNITED STATES DISTRICT JUDGE